George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Danielle Goldstein*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Danielle Goldstein,<br><br>              Plaintiff,<br>     v.<br><br>Trans Union LLC; Experian Information Solutions, Inc. and Clarity Services, Inc.,<br><br>              Defendants. | Case No.: 2:24-cv-00305<br><br>**Stipulation for dismissal of Trans Union LLC with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Danielle Goldstein and Trans Union LLC stipulate to dismiss Plaintiff's claims against Trans Union LLC with prejudice.

///
///
///
///
///

_____

STIPULATION                        - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 31, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Danielle Goldstein*

**SKANE MILLS LLP**

/s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq.
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Counsel for Trans Union LLC*

**ORDER**

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: May 31, 2024

STIPULATION - 2 -